IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
CONSTELLATION ENERGY               )
GENERATION, LLC                          )
                                                    )
      Petitioner,                               )
                                                    )   Case No. <u>23-1185</u>
  v.                                               )
                                                    )
FEDERAL ENERGY REGULATORY  )
COMMISSION,                                )
      Respondent.                           )
_____)

**UNOPPOSED MOTION OF PETITIONER
TO HOLD CASE IN ABEYANCE
AND TO SUSPEND FILING REQUIREMENTS**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Constellation Energy Generation, LLC ("Petitioner") moves this court to hold this appeal in abeyance, with Petitioner to file a status report thirty (30) days from the date of the Court's order on this Motion and at 30-day intervals thereafter. Additionally, Petitioner requests that the Court suspend the parties' obligations to make any filings during the period of abeyance, including the requirement that Respondent Federal Energy Regulatory Commission ("FERC" or "Commission") file the certified index to the record.

Abeyance is requested because Petitioner is currently in discussions with Alliance Pipeline L.P. ("Alliance") regarding a potential negotiated resolution of

1

matters affected by this appeal. If those negotiations are successful and if associated regulatory approvals can be timely obtained, Petitioner would file a motion to dismiss its case with prejudice. Counsel for Petitioner has contacted counsel for the Commission and movant-intervenor Alliance and is authorized to state that this motion is unopposed.

This appeal arises from the Commission's orders authorizing Alliance to construct and operate the Three Rivers Interconnection pipeline project ("Project"). *See Alliance Pipeline L.P.*, Order Issuing Certificate, 182 FERC ¶ 61,172 (Mar. 17, 2023); *Alliance Pipeline L.P.*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 183 FERC ¶ 62,084 (May 18, 2023); *Alliance Pipeline L.P.*, Order Addressing Arguments Raised on Rehearing, 184 FERC ¶ 61,024 (July 14, 2023). Petitioner is an intervenor in the underlying FERC proceeding, as well as the owner and operator of the Dresden Nuclear Generating Station ("Dresden Station"). Alliance's pipeline route for the Project is located 0.5 miles of the Dresden Station. In the underlying proceedings, Petitioner alleged, *inter alia*, that the Commission prematurely authorized the Project prior to such time that the U.S. Nuclear Regulatory Commission completed its review of Petitioner's safety analysis regarding potential safety impacts of the Project on the Dresden Station.

2

Petitioner timely filed a petition for review with this Court on July 17, 2023. Alliance filed an unopposed motion to intervene with the Court in this proceeding on August 15, 2023.

Petitioner and Alliance are currently in discussions to attempt to reach a negotiated resolution that would avoid the need to litigate this appeal. Constellation and Alliance entered into a letter agreement on August 18, 2023, outlining principles of settlement, timelines for action, and a process for seeking any required regulatory approvals. Petitioner submits that holding this appeal in abeyance and suspending the parties' filing obligations while the parties engage in settlement discussions and seek any required regulatory approvals of any resulting settlement will promote the interests of judicial economy and avoid potentially unnecessary litigation.

Accordingly, Petitioner requests that the petition for review in this appeal be held in abeyance and all filing obligations be suspended, with Petitioner to file status reports 30 days from the date of the Court's order on this Motion and every 30 days thereafter.

        Respectfully submitted,

        */s/ Mark R. Haskell*
        Mark Richard Haskell
        Blank Rome LLP
        1825 Eye Street, N.W.
        Washington, DC 20006
        Tel.: (202) 420-2654
        mark.haskell@blankrome.com

        *Counsel for Constellation Energy Generation, LLC*

Dated:   August 21, 2023

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 502 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font.

Respectfully submitted,

*/s/ Mark R. Haskell*
Mark Richard Haskell
Blank Rome LLP
1825 Eye Street, N.W.
Washington, DC 20006
Tel.: (202) 420-2654
mark.haskell@blankrome.com

*Counsel for Constellation Energy Generation, LLC*

Dated:   August 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2023, a copy of the foregoing document was filed electronically. Notice of this document will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        Respectfully submitted,

                                        */s/ Mark R. Haskell*
                                        Mark Richard Haskell
                                        Blank Rome LLP
                                        1825 Eye Street, N.W.
                                        Washington, DC 20006
                                        Tel.: (202) 420-2654
                                        mark.haskell@blankrome.com

                                        *Counsel for Constellation Energy Generation, LLC*

Dated:       August 21, 2023